

FILED

OCT 26 2004

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERNEST C. WALKER,

        Plaintiff,                    No. CIV S-04-2075 LKK DAD P

    vs.

D. ALLBEE, et al.,

        Defendants.            <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights complaint seeking relief pursuant to 42 U.S.C. § 1983. This proceeding was referred to the undersigned by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

        By order filed October 18, 2004, plaintiff was granted thirty days to pay the filing fee or submit an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. On October 19, 2004, the Clerk of the Court docketed an in forma pauperis application that was placed in the mail to the court on October 13, 2004.

        Plaintiff's properly completed in forma pauperis application makes the showing required by 28 U.S.C. § 1915(a). Accordingly, plaintiff's request for leave to proceed in forma pauperis will be granted.

/////

Plaintiff is required to pay the statutory filing fee of $150.00 for this action. See 28 U.S.C. §§ 1914(a) & 1915(b)(1). An initial partial filing fee of $4.29 will be assessed by this order. See 28 U.S.C. § 1915(b)(1). By separate order, the court will direct the appropriate agency to collect the initial partial filing fee from plaintiff's prison trust account and forward it to the Clerk of the Court. Thereafter, plaintiff will be obligated for monthly payments of twenty percent of the preceding month's income credited to his prison trust account. These payments will be forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's account exceeds $10.00, until the filing fee is paid in full. See 28 U.S.C. § 1915(b)(2).

The court finds that plaintiff's pro se civil rights complaint appears to state cognizable claims for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's October 18, 2004 application to proceed in forma pauperis is granted.

2. Plaintiff is obligated to pay the statutory filing fee of $150.00 for this action. Plaintiff is assessed an initial partial filing fee of $4.29. All fees shall be collected and paid in accordance with this court's order to the Director of the California Department of Corrections filed concurrently herewith.

3. Service is appropriate for the following defendants: D. Allbee (Badge #530), W. Ross (Badge # 798), B. Green (Badge # 1347), B.K. Banning (Badge #179), Deputy Sheriff Painter (Badge #353), Deputy Sheriff Gilliam (Badge #235), and S. Kozan (Nurse).

4. The Clerk of the Court shall send plaintiff seven (7) USM-285 forms, one summons, an instruction sheet and a copy of the complaint filed October 1, 2004.

/////

/////

5. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 3 above; and

    d. Eight unaltered copies of the endorsed complaint filed October 1, 2004.

6. Plaintiff shall not attempt service on defendants or request waiver of service of summons from defendants. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: October 25, 2004.

                                            _/s/ Dale A. Drozd_
                                            DALE A. DROZD
                                            UNITED STATES MAGISTRATE JUDGE

DAD:kw
walk2075.1

1
2
3
4
5
6
7

8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10 ERNEST C. WALKER,

11        Plaintiff,                 No. CIV S-04-2075 LKK DAD P

12    vs.

13 D. ALLBEE, et al.,                NOTICE OF SUBMISSION

14        Defendants.                OF DOCUMENTS

15 _____/

16        Plaintiff hereby submits the following documents in compliance with the court's

17 order filed _____:

18        ____    <u>one</u> completed summons form;

19        ____    <u>seven</u> completed USM-285 forms; and

20        ____    <u>eight</u> true and exact copies of the complaint filed October 1, 2004.

21 DATED: _____, 2004.

22
23
                                          _____
24                                         Plaintiff

25
26

United States District Court
for the
Eastern District of California
October 26, 2004

* * CERTIFICATE OF SERVICE * *

2:04-cv-02075

Walker

v.

Allbee

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on October 26, 2004, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

Ernest C Walker
P-33618
CSP-5
Corcoran State Prison
PO Box 3481
Corcoran, CA   93212
(w/7 USM-285 forms, summons,
instruction sheet & cmp)

PB/DAD

Jack L. Wagner, Clerk

BY: /s/ signature
Deputy Clerk