1  RANDOLPH, CREGGER & CHALFANT, LLP
   ROBERT L. CHALFANT, SBN 203051
2  1030 G Street
   Sacramento, California 95814
3  Telephone: (916) 443-4443
   Facsimile:  (916) 443-2124
4
   Attorneys for Defendants
5  D. ALLBEE, W. ROSS, B. GREEN,
   B.K. BANNING, PAINTER, GILLIAM,
6  and S. KOZAN

7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 ERNEST C. WALKER,                          No. CIV. S-04-2075 LKK DAD
                                              **AMENDED PROOF OF
12              Plaintiff,                    SERVICE OF MOTION TO
                                              DISMISS**
13       vs.

14 D. ALLBEE, W. ROSS, B. GREEN, B.K. BANNING,   **Trial Date: N/A**
   PAINTER, GILLIAM, S. KOZAN,
15
                Defendants.
16                                             /

**Randolph Cregger & Chalfant**

- 1 -
Amended Proof of Service

# PROOF OF SERVICE

**CASE:** Walker v. D. Allbee, et al.
**NO:** United States District Court, Eastern District, No. CIV-04-2075

The undersigned declares:

I am a citizen of the United States and a resident of the County of Sacramento. I am over the age of 18 years and not a party to the within above-entitled action; my business address is 1030 G Street, Sacramento, CA 95814.

I am readily familiar with this law firm's practice for collection and processing of correspondence for mailing with the United States Postal Service; said correspondence will be deposited with the United States Postal Service the same day in the ordinary course of business.

On the date indicated below I served the within:

**NOTICE OF DEFENDANTS' MOTION TO DISMISS**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

**DECLARATION OF ROBERT CHALFANT IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

on all parties in said action as addressed below by causing a true copy thereof to be:

xx   **placed in a sealed envelope** with postage thereon fully prepaid in the designated area for outgoing mail:

<u>Plaintiff in Pro Se</u>
Ernest C. Walker
P-33618
CSP-5
Corcoran State Prison
PO Box 3481
Corcoran, CA 98212

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this January 3, 2005, at Sacramento, California.

 s/Deanna Czarnecki
Deanna Czarnecki,
Paralegal to Robert Chalfant

**Randolph Cregger & Chalfant**

- 2 -

Amended Proof of Service